# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **Samantha K.,**[1] | ) |
|   **Plaintiff,** | ) |
| | )  **Case No.: 3:20-cv-00404** |
|   **v.** | ) |
| | )  **Magistrate Judge Silvain** |
| **Kilolo Kijakazi,** | ) |
| Acting Commissioner of Social Security, | ) |
|   **Defendant.** | ) |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having

been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $3,900.00 and costs in the amount of $0, for a total award of $3,900.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S. 586 (2010).   If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

June 13, 2022

                                            *s/Peter B. Silvain, Jr.*
                                            Peter B. Silvain, Jr.
                                            United States Magistrate Judge

---

[1]The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to plaintiffs only by their first names and last initials. See also S.D. Ohio General Rule 22-01.